**Order entered May 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01713-CV

## IN THE INTEREST OF M.G.M. AND M.M., CHILDREN

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 05-06308**

## ORDER

The Court has before it appellant's second motion for extension of time to file his brief.

The Court **GRANTS** the motion and **ORDERS** appellant to file his brief by June 26, 2013. No

further extensions will be granted absent a showing of exceptional circumstances.


/s/     ELIZABETH LANG-MIERS
         JUSTICE